No. 109. T. M. STANCLIFT ET AL., ETC., APPELLANTS, *v.* CHARLIE FOX ET AL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. January 24, 1910. Dismissed with costs pursuant to the tenth rule. *Mr. William T. Hutchings* for appellant. *Mr. Preston C. West* for appellees.

---

No. 695. RACHEL A. RICHARDSON, CLAIMING TO BE RACHEL A. BROWN, PLAINTIFF IN ERROR, *v.* MARY S. REEVES ET AL. In error to the Court of Appeals of the District of Columbia. January 26, 1910. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Tracy L. Jeffords* for the plaintiff in error. *Mr. Benjamin H. Schwartz* and *Mr. Milton Strasburger* for defendants in error.

---

## CASE DISPOSED OF IN VACATION.

No. 65. PATRICK COX, APPELLANT, *v.* LUMAN T. HOY, UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF ILLINOIS. Appeal from the District Court of the United States for the Northern District of Illinois. July 7, 1909. Dismissed pursuant to the 28th rule. *Mr. William Dillon* for appellant. *Mr. William G. Johnson* and *The Attorney General* for appellee.